IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 268 MR WCM

| | |
|---|---|
| SYMMETRY FINANCIAL GROUP, LLC | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) |
| JOSHUA J. EMMANS, SHENAE WOODS | ) |
| Defendants/Counterclaim Plaintiffs | ) |
| v. | ) |
| JOHN ZILLER | ) |
| Counterclaim Defendant | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 23) filed by Derek P. Adler. The Motion indicates that Mr. Adler, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and Counterclaim Defendants and that he seeks the admission of Bryan G. Hale, who the Motion represents as being a member in good standing of the Bar of the State of Alabama. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 23) and **ADMITS** Bryan G. Hale to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 23, 2020

W. Carleton Metcalf
United States Magistrate Judge